IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GIOVANNI HERNANDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:23-CV-01583-E |
| | § | |
| DALLAS COUNTY SHERIFF, MARIAN | § | |
| BROWN, *in her official capacity*, DALLAS | § | |
| COUNTY, Texas AND Does 1 Through 100, | § | |
| | § | |
| Defendants. | § | |

# ORDER

On September 16, 2024, the Court entered an order that instructed Plaintiff Hernandez to further brief why his claims against the unserved John Doe Defendants should not be dismissed.

> [T]he Court is unsure of what claims remain against the John Does, as Hernandez refers to Defendants colloquially as "Dallas County Defendants" without clear definition of whether that reference includes the John Does. The Second Amended Complaint does not otherwise assert any express claims against the John Does. (ECF No. 13). Thus, ***Hernandez is ORDERED to show cause why its [sic] claims against the remaining John Doe Defendants should not be dismissed, and such filing shall be made on or before September 30, 2024***. Failure to show cause by that date shall result in dismissal of all claims against the John Doe Defendants without prejudice. Final judgment shall then enter. *See* Fed. R. Civ. P. 54; Fed R. Civ. P. 58.

(ECF No. 23 at 25) (emphasis added in bold italics). Hernandez filed no response to this show cause order at any time. Instead, Hernandez filed a Motion for Extension of Time to Respond to Court's Order to Show Cause, (ECF No. 24), which the Court denied, (ECF No. 25). Having failed to respond to the Court's show cause order—to show why Hernandez's claims against the remaining John Doe Defendants should not be dismissed—the Court hereby DISMISSES all claims against the John Doe Defendants. As Hernandez has no remaining claims, the Court shall follow with a final judgment. *See* Fed. R. Civ. P. 54; Fed R. Civ. P. 58.

**SO ORDERED.**

28th day of October, 2024.

                                          ADA BROWN
                                          UNITED STATES DISTRICT JUDGE